COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Andrew Whallon, Dahlia Garcia and Richard Grayshaw  v.  City of Houston

Appellate case number:      01-11-00333-CV

Trial court case number:      0851588

Trial court:      270th District Court of Harris County

Date motion filed:      May 26, 2015

Party filing motion:      Appellant Andrew Whallon

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
             ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Sherry Radack, and Justices Terry Jennings and Evelyn Keyes

Date: September 17, 2015